United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISUAL INTERACTIVE PHONE CONCEPTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendants. | Case No.: C-11-06238-YGR <br><br> **ORDER GRANTING PLAINTIFF'S REQUEST TO PARTICIPATE IN INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE** |

On February 1, 2012, Plaintiff's counsel submitted a Request to Participate in Initial Case Management Conference by Telephone Per L.R. 16-10(A), with the conference scheduled for February 8, 2012 at 2:30 p.m. (Dkt. No. 53.) Plaintiff's request is GRANTED. Plaintiff's lead trial counsel may appear telephonically, and Plaintiff's local counsel shall attend in person. Please contact the Courtroom Deputy, Frances Stone, at 510-637-3540 to make arrangements.

**IT IS SO ORDERED.**

Dated: February 3, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**