# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISUAL INTERACTIVE PHONE CONCEPTS INC., <br><br> Plaintiff, <br><br> vs. <br><br> APPLE, INC., <br><br> Defendant | Case No.: C-11-06238-YGR <br><br> ORDER SETTING COMPLIANCE HEARING |

TO ALL PARTIES AND COUNSEL OF RECORD:

A compliance hearing regarding the parties' filing of a dismissal after settlement shall be held on Friday, April 6, 2012 on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be designated.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) file the dismissal or (b) a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

IT IS SO ORDERED.

February 23, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**