| | |
|---|---|
| Thomas D. Mauriello (SBN 144811) | Marc H. Cohen (SBN 168773) |
| MAURIELLO LAW FIRM, APC | KIRKLAND & ELLIS LLP |
| 350 Sansome Street, Suite 400 | 950 Page Mill Road |
| San Francisco, CA 94104 | Palo Alto, California 94303 |
| tomm@maurlaw.com | marc.cohen@kirkland.com |
| Telephone: (415) 677-1238 | Telephone: (650) 859-7000 |
| Facsimile: (949) 606-9690 | Facsimile: (650) 859-7500 |
| *Counsel for Plaintiff Visual Interactive Phone Concepts, Inc.* | *Counsel for Defendant Apple Inc.* |
| *[Additional counsel appear on the signature page]* | *[Additional counsel appear on the signature page]* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| VISUAL INTERACTIVE PHONE CONCEPTS, INC.,<br><br>           Plaintiff,<br><br>      v.<br><br>APPLE INC.,<br><br>           Defendant. | Case No. 4:11-cv-6238-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL**<br><br>The Honorable Yvonne Gonzalez Rogers |

The parties, through their respective undersigned counsel, hereby stipulate that: (1) all claims for relief asserted against APPLE INC. by VISUAL INTERACTIVE PHONE CONCEPTS, INC. herein are dismissed with prejudice; (2) all counterclaims for relief against VISUAL INTERACTIVE PHONE CONCEPTS, INC. by APPLE INC. are dismissed without prejudice; and (3) all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

IT IS SO STIPULATED.

DATED: March 26, 2012                                  DATED: March 26, 2012

By: _/s/Thomas D. Mauriello_____                   By: __/s/Marc H. Cohen_____

Thomas D. Mauriello (SBN 144811)                       Marc H. Cohen (SBN 168773)
**MAURIELLO LAW FIRM, APC**                            **KIRKLAND & ELLIS LLP**
350 Sansome Street, Suite 400                          950 Page Mill Road
San Francisco, CA 94104                                Palo Alto, California 94303
tomm@maurlaw.com                                       marc.cohen@kirkland.com
(415) 677-1238 (telephone)                             Telephone: (650) 859-7000
(949) 606-9690 (facsimile)                             Facsimile: (650) 859-7500

**MANTESE HONIGMAN ROSSMAN**                           Gregory S. Arovas, P.C. (*pro hac vice*)
**and WILLIAMSON, P.C.**                               **KIRKLAND & ELLIS LLP**
Gerard V. Mantese                                      601 Lexington Avenue
gmantese@manteselaw.com                                New York, New York 10022
Ian M. Williamson                                      greg.arovas@kirkland.com
iwilliamson@manteselaw.com                             Telephone: (212) 446-4800
Brendan H. Frey                                        Facsimile: (212) 446-4900
bfrey@manteselaw.com
1361 E. Big Beaver Road                                Bryan S. Hales, P.C. (*pro hac vice*)
Troy, MI 48083                                         **KIRKLAND & ELLIS LLP**
(248) 457-9200 (telephone)                             300 North LaSalle Street
(248) 457-9201 (facsimile)                             Chicago, Illinois 60654
                                                       bryan.hales@kirkland.com
*Counsel for Plaintiff Visual Interactive Phone*       Telephone: (312) 862-2000
*Concepts, Inc.*                                       Facsimile: (312) 862-2200

                                                       *Counsel for Defendant Apple Inc.*


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2012

                                                       _____
                                                       THE HON. YVONNE GONZALEZ ROGERS
                                                       UNITED STATES DISTRICT COURT JUDGE